1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   STEPHEN M. EVERETT (STATE BAR NO. 121619)
2  HOLLY HOGAN (STATE BAR NO. 238714)
   K&L GATES LLP
3  4 Embarcadero Center, Suite 1200
   San Francisco, California 94111-5994
4  Telephone: 415.882.8200
   Facsimile: 415.882.8220
5  mike.bettinger@klgates.com
   stephen.everett@klgates.com
6  holly.hogan@klgates.com

7  ISABELLA E. FU (State Bar No. 154677)
   MICROSOFT CORPORATION
8  One Microsoft Way
   Redmond, WA 98052
9  Telephone: (425) 882-8080
   Facsimile: (425) 936-7329
10 Isabella.Fu@microsoft.com

11 Attorneys for Defendant, Counterclaimant
   MICROSOFT CORPORATION
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | IMPLICIT NETWORKS, INC.,          | Case No. 3:09-cv-05628 SI
17 |                  Plaintiff,        | **STIPULATION AND [PROPOSED]
   |                                    | ORDER OF DISMISSAL WITHOUT
18 |        vs.                         | PREJUDICE**
19 | MICROSOFT CORPORATION,             |
20 |                  Defendant.        |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Implicit Networks, Inc. and Defendant Microsoft Corporation (collectively "the parties") hereby stipulate and jointly move for an order dismissing, without prejudice all claims that Plaintiff Implicit Networks, Inc. asserts against Defendant Microsoft Corporation in the above-captioned action. The parties also stipulate that each of them will bear its own costs and attorneys' fees.

Dated: January 19, 2010

K&L GATES LLP

By:   /s/ Michael J. Bettinger

MICHAEL J. BETTINGER (STATE BAR NO. 122196)
STEPHEN M. EVERETT (STATE BAR NO. 121619)
HOLLY HOGAN (STATE BAR No. 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
stephen.everett@klgates.com
holly.hogan@klgates.com

ISABELLA E. FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA  98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329
Isabella.Fu@microsoft.com

Attorneys for Defendant
MICROSOFT CORPORATION

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1 | Dated: January 19, 2010        HOSIE RICE LLP

By:    /s/ George Bishop

SPENCER HOSIE (State Bar No. 101777)
BRUCE WECKER (State Bar No. 078530)
GEORGE F. BISHOP (State Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001
shosie@hosielaw.com
bwecker@hosielaw.com
gbishop@hosielaw.com

Attorneys for Plaintiff

IMPLICIT NETWORKS, INC.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1  Having considered the foregoing stipulation by Plaintiff Implicit Networks, Inc. and
2  Defendant Microsoft Corporation (collectively "the parties"), IT IS HEREBY ORDERED that
3  pursuant to Federal Rule of Civil Procedure 41(a)(2):
4  (1) All claims that Plaintiff Implicit Networks, Inc. asserts against Defendant Microsoft
5  Corporation in the above-captioned action are dismissed without prejudice; and
6  (2) The Parties shall bear their own costs and attorneys' fees.

8  IT IS SO ORDERED.

   Dated: _____

   _____
   The Honorable Susan Illston
   UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Michael J. Bettinger, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiff Implicit Networks, Inc. has concurred in this filing.

Dated: January 19, 2010                                  /s/ Michael J. Bettinger

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL